**OLDHAM**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. No. _19-20275 SHL_ |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c) |
| JASON SMITH, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about November 5, 2017, in the Western District of Tennessee, the defendant,

**JASON SMITH**

did unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about November 5, 2017, in the Western District of Tennessee, the defendant,

**JASON SMITH**

did knowingly possess, a firearm, that is, a Diamondback multi-caliber pistol, in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, specifically, the drug trafficking crime charged in Count 1 in violation of Title 18, United States Code, Section 924(c).

## COUNT 3

On or about November 5, 2017, in the Western District of Tennessee, the defendant,

**JASON SMITH**

did possess in and affecting interstate commerce a firearm, that is, a Diamondback multi-caliber pistol, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____

F O R E P E R S O N

DATED: _____

_____
D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY