# OLDHAM

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. No. *19-20275 SHL* |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c) |
| JASON SMITH, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PENALTIES

### COUNT 1

[nmt 20yrs. imprisonment; nmt $1,000,000 fine, or both, nlt a 3 yr. period of supervised release and a special assessment of $100, but if the defendant commits such a violation after a prior conviction for felony drug offense, then nmt 30 yrs. imprisonment, nmt $2,000,000 fine, or both, nlt a 6 yr. period of supervised release, and a special assessment of $100; see 18 U.S.C. § 3013 (a)].

### COUNT 2

[nlt 5 of imprisonment nmt life; nmt $250,000 fine, or both, nmt a 5 yr. period of supervised release and a special assessment of $100.]

### COUNT 3

[nmt 10 yrs. imprisonment; nmt $250,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100, but if the defendant has three prior convictions for violent felonies or serious drug offenses, then nlt 15 yrs. imprisonment, and nmt life imprisonment, see 18 U.S.C. § 924(e), nmt $250,000 fine, or both, nmt a 5 yr. period of supervised release, and a special assessment of $100; see 18 U.S.C. § 3013 (a)].