**UNITED STATES DISTRICT COURT**
**FOR THE**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )     **Cr. No. 19-cr-20275-SHL** |
| **vs.** | ) |
| | ) |
| **JASON SMITH,** | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **JASON SMITH, RNI #349158 & FBI # 743451JC5,** now being detained at the Shelby County Jail, appear before Honorable United States Magistrate Judge Tu M. Pham, on Tuesday, October 15, 2019, at 2:00 p.m. for an **Initial Appearance** and for such other appearances as this Court may direct.

Respectfully submitted this **2ⁿᵈ** day of October, 2019.

**s/ P. Neal Oldham**
**P. NEAL OLDHAM**
**Assistant U. S. Attorney**

Upon consideration of the foregoing Application, **JEFF HOLT** , U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN; **SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TN.**

YOU ARE HEREBY COMMANDED to have **JASON SMITH, RNI #349158 & FBI # 743451JC5,** appear before the Honorable United States Magistrate Judge Tu M. Pham at the date and time aforementioned.

ENTERED this **2ⁿᵈ** day of October, 2019.

**s/ Tu M. Pham**
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."