# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 19-20275 SHL |
| JASON SMITH | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JASON SMITH ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful shipment, transfer, receipt, or possession by a felon
18 U.S.C. § 924(c) - Use/carry of firearm during crime of violence/drug trafficking offense; and
21 U.S.C. §841(a)(1) - Manufacture, distribute, dispense, possess a controlled substance

Date: 9/24/19

_____
*Issuing officer's signature*

City and state:   MEMPHIS, TENNESSEE

THOMAS M. GOULD - CLERK, U.S. DISTRICT COURT
*Printed name and title*

*Stamp:* 2019 SEP 27 11:48 UNITED STATES MARSHALS WESTERN TENNESSEE

---

### Return

This warrant was received on *(date)* 9/24/19 , and the person was arrested on *(date)* 15 Oct 19
at *(city and state)* Memphis TN .

Date: 15 OCT 19

_____
*Arresting officer's signature*

Joshua Parker   DUSM
*Printed name and title*